**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Tarajean Marie Webb  
               Debtor(s)

BK NO. 20-01663 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                      Respectfully submitted,

                                      /s/ Michael Farrington  
                                      Michael Farrington  
                                      16 Dec 2022, 09:37:13, EST

                                      KML Law Group, P.C.  
                                      BNY Mellon Independence Center  
                                      701 Market Street, Suite 5000  
                                      Philadelphia, PA  19106  
                                      215-627-1322