United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-01663-HWV |
| TaraJean Marie Webb | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 17, 2023 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5350436 | + Email/Text: flyersprod.inbound@axisai.com | Mar 17 2023 18:37:00 | Rushmore Loan Management Services, LLC, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley J Osborne | on behalf of Creditor Rushmore Loan Management Services LLC bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Karina Velter | on behalf of Creditor Rushmore Loan Management Services LLC kvelter@pincuslaw.com, brausch@pincuslaw.com |
| Lorraine Gazzara Doyle | on behalf of Creditor NATIONSTAR MORTGAGE LLC ldoyle@logs.com LOGSECF@logs.com |
| Michael Patrick Farrington | on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com |

Sarah K. McCaffery
    on behalf of Creditor Rushmore Loan Management Services LLC ckohn@hoflawgroup.com

Thomas E. Miller
    on behalf of Debtor 1 TaraJean Marie Webb staff@tommillerlawoffice.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania  
Case No. 1:20-bk-01663-HWV  
Chapter 13

In re: Debtor(s) (including Name and Address)

TaraJean Marie Webb  
136 Colorado Avenue  
Littlestown PA 17340

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/16/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 11: Rushmore Loan Management Services, LLC, P.O. Box 55004, Irvine, CA 92619 | Nationstar Mortgage LLC<br>2121 Waukegan Road, Suite 300<br>Bannockburn, Pennsylvania 60015<br>Nationstar Mortgage LLC<br>2121 Waukegan Road, Suite 300<br>Bannockburn, Pennsylvania 60015 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/19/23

Terrence S. Miller  
**CLERK OF THE COURT**