Fill in this information to identify your case:

Debtor 1: **TaraJean Marie Webb**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (If known): **1:20-bk-01663**

Check if this is:
■ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | Legal Secretary | |
   | Employer's name | Fisher & Phillips LLP | |
   | Employer's address | 79 E Main Street, Suite 207<br>Westminster, MD 21157 | |
   | How long employed there? | 10 years | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 9,356.77 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross Income. Add line 2 + line 3. | $ 9,356.77 | $ N/A |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Debtor 1 | TaraJean Marie Webb | | | |
| Case number (if known) | 1:20-bk-01663 | | | |

| | | | | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|---|
| | Copy line 4 here | | 4. | $ 9,356.77 | $ | N/A |
| 5. | List all payroll deductions: | | | | | |
| | 5a. Tax, Medicare, and Social Security deductions | | 5a. | $ 2,249.46 | $ | N/A |
| | 5b. Mandatory contributions for retirement plans | | 5b. | $ 0.00 | $ | N/A |
| | 5c. Voluntary contributions for retirement plans | | 5c. | $ 279.44 | $ | N/A |
| | 5d. Required repayments of retirement fund loans | | 5d. | $ 554.30 | $ | N/A |
| | 5e. Insurance | | 5e. | $ 548.41 | $ | N/A |
| | 5f. Domestic support obligations | | 5f. | $ 0.00 | $ | N/A |
| | 5g. Union dues | | 5g. | $ 0.00 | $ | N/A |
| | 5h. Other deductions. Specify: HSA Account | | 5h.+ | $ 325.00 | + $ | N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | | 6. | $ 3,956.61 | $ | N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | | 7. | $ 5,400.16 | $ | N/A |
| 8. | List all other income regularly received: | | | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | 8a. | $ 0.00 | $ | N/A |
| | 8b. Interest and dividends | | 8b. | $ 0.00 | $ | N/A |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | 8c. | $ 0.00 | $ | N/A |
| | 8d. Unemployment compensation | | 8d. | $ 0.00 | $ | N/A |
| | 8e. Social Security | | 8e. | $ 0.00 | $ | N/A |
| | 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | | 8f. | $ 0.00 | $ | N/A |
| | 8g. Pension or retirement income | | 8g. | $ 0.00 | $ | N/A |
| | 8h. Other monthly income. Specify: 1/12 of 2023 Federal Income Tax Refund | | 8h.+ | $ 109.33 | + $ | N/A |
| | P/T Employment (1099 Status) Blders. Assoc. of Adams Co. | | | $ 312.42 | $ | N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | | 9. | $ 421.75 | $ | N/A |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | 10. | $ 5,821.91 + $ | N/A = $ | 5,821.91 |
| 11. | State all other regular contributions to the expenses that you list in *Schedule J.*<br>Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.<br>Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.<br>Specify: | | 11. | +$ | | 0.00 |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | | 12. | $ | | 5,821.91<br>Combined monthly income |

Debtor 1 TaraJean Marie Webb     Case number (if known) 1:20-bk-01663

13. Do you expect an increase or decrease within the year after you file this form?
    - ☐ No.
    - ■ Yes. Explain:
      1. When filing her original Petition, Debtor was limited to 30 hours per week since the beginning of the CoVid-19 Pandemic. Her full-time employment is generally 37 1/2 hours per week. There was a substantial litigation case in the beginning of 2024; however, thereafter Debtor's normal hours resumed. It is not expected that such overtime will be available in the foreseeable future. 2. Debtor receiving Child Support stopped two years ago. Her son is age 20 years now. 3. Debtor's contribution to her Health Savings Plan is now $150.00 bi-weekly. 4. Debtor has obtained P/T employment as a 1099 contractor with the Builder's Assoc. of Adams County. Her 2024 gross income through 6/20/2024 is $2,403.23.

Fisher & Phillips  
1200 Abernathy Rd  
Ste 950  
Atlanta, GA 30328

Direct Deposit Advice



**Check Date**  
March 22, 2024

**Voucher Number**  
751513

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***4168 | 131.50 |
| ALLY BANK | S | ***2386 | 2,498.43 |
| **Total Direct Deposits** | | | **2,629.93** |

14049    BAL-99-CLER    150   751513   214204    M  
**TaraJean Webb**  
136 Colorado Avenue  
Littlestown, PA 17340

## Non Negotiable - This is not a check - Non Negotiable

### Fisher & Phillips

**TaraJean Webb**                                                                                                            **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 150 | Fed Taxable Income | 4,030.92 | Check Date | March 22, 2024 |
| Location | BAL-99-CLER | Fed Filing Status | S | Period Beginning | March 2, 2024 |
| Hourly | $45.62 | State Filing Status | S-0 | Period Ending | March 15, 2024 |

Voucher Number    751513  
Net Pay    2,629.93

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| AD&D | | 0.00 | 0.67 | 4.02 |
| Employer C | | 0.00 | 643.63 | 3,861.78 |
| GROUP TE | | 0.00 | 5.79 | 34.74 |
| Holiday | | | | 1,026.47 |
| Long Term | | 0.00 | 14.64 | 87.84 |
| Overtime | 68.43 | 12.22 | 836.23 | 1,361.78 |
| PTO | | | | 1,822.55 |
| Regular | 45.62 | 80.00 | 3,649.66 | 18,988.26 |
| **Gross Earnings** | | **92.22** | **4,506.99** | **23,325.66** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 571.72 | 2,637.27 |
| MED | 60.19 | 307.24 |
| PA | 127.70 | 652.13 |
| PA-010503 | 66.56 | 339.89 |
| SS | 257.35 | 1,313.71 |
| **Taxes** | **1,083.52** | **5,250.24** |

| Deductions | Amount | YTD |
|---|---|---|
| 401(k) % | 134.60 | 696.10 |
| 401(k) Loan | 15.29 | 91.74 |
| 401(k) Loan | 240.54 | 1,443.24 |
| AD&D | 0.67 | 4.02 |
| Dental (Pre-tax) | 60.99 | 365.94 |
| Group Term Life | 5.79 | 34.74 |
| HSA | 150.00 | 900.00 |
| Long Term Disability | 14.64 | 87.84 |
| Medical (Pre-tax) | 117.50 | 705.00 |
| Short Term Dis | 21.04 | 126.24 |
| Vision (Pre-tax) | 12.98 | 77.88 |
| Vol Life Ins-Emp | 19.50 | 117.00 |
| **Deductions** | **793.54** | **4,649.74** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***4168 | 131.50 |
| ALLY BANK | S | ***2386 | 2,498.43 |
| **Total Direct Deposits** | | | **2,629.93** |

| Time Off | Available | Used | Benefits | Amount | YTD |
|---|---|---|---|---|---|
| PAID TIME | 186.66 | 39.95 | Profit Sha | 224.29 | 1,159.95 |

Fisher & Phillips | 1200 Abernathy Rd Ste 950 Atlanta, GA 30328 | (404) 231-1400

Fisher & Phillips  
1200 Abernathy Rd  
Ste 950  
Atlanta, GA 30328

Direct Deposit Advice



**Check Date** March 8, 2024

**Voucher Number** 750212

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***4168 | 121.66 |
| ALLY BANK | S | ***2386 | 2,311.49 |
| **Total Direct Deposits** | | | **2,433.15** |

14049  BAL-99-CLER  150  750212  213090  M  
**TaraJean Webb**  
136 Colorado Avenue  
Littlestown, PA  17340

## Non Negotiable - This is not a check - Non Negotiable

### Fisher & Phillips

**TaraJean Webb**         **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 150 | Fed Taxable Income | 3,729.56 | Check Date | March 8, 2024 |
| Location | BAL-99-CLER | Fed Filing Status | S | Period Beginning | February 17, 2024 |
| Hourly | $45.62 | State Filing Status | S-0 | Period Ending | March 1, 2024 |

Voucher Number 750212  
Net Pay 2,433.15

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| AD&D | | 0.00 | 0.67 | 3.35 |
| Employer C | | 0.00 | 643.63 | 3,218.15 |
| GROUP TE | | 0.00 | 5.79 | 28.95 |
| Holiday | | | | 1,026.47 |
| Long Term | | 0.00 | 14.64 | 73.20 |
| Overtime | 68.43 | 7.68 | 525.55 | 525.55 |
| PTO | | | | 1,822.55 |
| Regular | 45.62 | 80.00 | 3,649.66 | 15,338.60 |
| **Gross Earnings** | | **87.68** | **4,196.31** | **18,818.67** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 505.42 | 2,065.55 |
| MED | 55.68 | 247.05 |
| PA | 118.17 | 524.43 |
| PA-010503 | 61.58 | 273.33 |
| SS | 238.09 | 1,056.36 |
| **Taxes** | **978.94** | **4,166.72** |

| Deductions | Amount | YTD |
|---|---|---|
| 401(k) % | 125.28 | 561.50 |
| 401(k) Loan | 15.29 | 76.45 |
| 401(k) Loan | 240.54 | 1,202.70 |
| AD&D | 0.67 | 3.35 |
| Dental (Pre-tax) | 60.99 | 304.95 |
| Group Term Life | 5.79 | 28.95 |
| HSA | 150.00 | 750.00 |
| Long Term Disability | 14.64 | 73.20 |
| Medical (Pre-tax) | 117.50 | 587.50 |
| Short Term Dis | 21.04 | 105.20 |
| Vision (Pre-tax) | 12.98 | 64.90 |
| Vol Life Ins-Emp | 19.50 | 97.50 |
| **Deductions** | **784.22** | **3,856.20** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***4168 | 121.66 |
| ALLY BANK | S | ***2386 | 2,311.49 |
| **Total Direct Deposits** | | | **2,433.15** |

| Time Off | Available | Used | Benefits | Amount | YTD |
|---|---|---|---|---|---|
| PAID TIME | 179.73 | 39.95 | Profit Sha | 208.76 | 935.66 |



Fisher & Phillips
1200 Abernathy Rd
Ste 950
Atlanta, GA 30328

Direct Deposit Advice

**Check Date** February 23, 2024

**Voucher Number** 749066

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***4168 | 105.01 |
| ALLY BANK | S | ***2386 | 1,995.25 |
| **Total Direct Deposits** | | | **2,100.26** |

14049   BAL-99-CLER   150 749066 212131   M

**TaraJean Webb**
136 Colorado Avenue
Littlestown, PA 17340

## Non Negotiable - This is not a check - Non Negotiable

### Fisher & Phillips

**TaraJean Webb**                                                                                            **Earnings Statement**

| Employee ID | 150 | Fed Taxable Income | 3,219.78 | Check Date | February 23, 2024 | Voucher Number | 749066 |
| Location | BAL-99-CLER | Fed Filing Status | S | Period Beginning | February 3, 2024 | Net Pay | 2,100.26 |
| Hourly | $45.62 | State Filing Status | S-0 | Period Ending | February 16, 2024 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| AD&D | | 0.00 | 0.67 | 2.68 |
| Employer C | | 0.00 | 643.63 | 2,574.52 |
| GROUP TE | | 0.00 | 5.79 | 23.16 |
| Holiday | | | | 1,026.47 |
| Long Term | | 0.00 | 14.64 | 58.56 |
| PTO | 45.62 | 2.45 | 111.77 | 1,822.55 |
| Regular | 45.62 | 77.55 | 3,537.89 | 11,688.94 |
| **Gross Earnings** | | **80.00** | **3,670.76** | **14,622.36** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 393.27 | 1,560.13 |
| MED | 48.06 | 191.37 |
| PA | 102.03 | 406.26 |
| PA-010503 | 53.18 | 211.75 |
| SS | 205.51 | 818.27 |
| **Taxes** | **802.05** | **3,187.78** |

| Deductions | Amount | YTD |
|---|---|---|
| 401(k) % | 109.51 | 436.22 |
| 401(k) Loan | 15.29 | 61.16 |
| 401(k) Loan | 240.54 | 962.16 |
| AD&D | 0.67 | 2.68 |
| Dental (Pre-tax) | 60.99 | 243.96 |
| Group Term Life | 5.79 | 23.16 |
| HSA | 150.00 | 600.00 |
| Long Term Disability | 14.64 | 58.56 |
| Medical (Pre-tax) | 117.50 | 470.00 |
| Short Term Dis | 21.04 | 84.16 |
| Vision (Pre-tax) | 12.98 | 51.92 |
| Vol Life Ins-Emp | 19.50 | 78.00 |
| **Deductions** | **768.45** | **3,071.98** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***4168 | 105.01 |
| ALLY BANK | S | ***2386 | 1,995.25 |
| **Total Direct Deposits** | | | **2,100.26** |

| Time Off | Available | Used | Benefits | Amount | YTD |
|---|---|---|---|---|---|
| PAID TIME | 172.80 | 39.95 | Profit Sha | 182.48 | 726.90 |

Fisher & Phillips
1200 Abernathy Rd
Ste 950
Atlanta, GA 30328

Direct Deposit Advice

paylocity

**Check Date**  February 9, 2024

**Voucher Number**  747773

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***4168 | 100.20 |
| ALLY BANK | S | ***2386 | 1,903.83 |
| **Total Direct Deposits** | | | **2,004.03** |

14049   BAL-99-CLER   150 747773 211021   M
**TaraJean Webb**
136 Colorado Avenue
Littlestown, PA 17340

## Non Negotiable - This is not a check - Non Negotiable

### Fisher & Phillips

**TaraJean Webb**                                                                                                                                   **Earnings Statement**

| Employee ID | 150 | Fed Taxable Income | 3,072.42 | Check Date | February 9, 2024 | Voucher Number | 747773 |
| Location | BAL-99-CLER | Fed Filing Status | S | Period Beginning | January 20, 2024 | Net Pay | 2,004.03 |
| Hourly | $45.62 | State Filing Status | S-0 | Period Ending | February 2, 2024 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| AD&D | | 0.00 | 0.67 | 2.01 |
| Employer C | | 0.00 | 643.63 | 1,930.89 |
| GROUP TE | | 0.00 | 5.79 | 17.37 |
| Holiday | | | | 1,026.47 |
| Long Term | | 0.00 | 14.64 | 43.92 |
| PTO | | | | 1,710.78 |
| Regular | 45.62 | 76.67 | 3,497.74 | 8,151.05 |
| **Gross Earnings** | | **76.67** | **3,518.84** | **10,951.60** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 360.85 | 1,166.86 |
| MED | 45.86 | 143.31 |
| PA | 97.37 | 304.23 |
| PA-010503 | 50.75 | 158.57 |
| SS | 196.09 | 612.76 |
| **Taxes** | **750.92** | **2,385.73** |

| Deductions | Amount | YTD |
|---|---|---|
| 401(k) % | 104.95 | 326.71 |
| 401(k) Loan | 15.29 | 45.87 |
| 401(k) Loan | 240.54 | 721.62 |
| AD&D | 0.67 | 2.01 |
| Dental (Pre-tax) | 60.99 | 182.97 |
| Group Term Life | 5.79 | 17.37 |
| HSA | 150.00 | 450.00 |
| Long Term Disability | 14.64 | 43.92 |
| Medical (Pre-tax) | 117.50 | 352.50 |
| Short Term Dis | 21.04 | 63.12 |
| Vision (Pre-tax) | 12.98 | 38.94 |
| Vol Life Ins-Emp | 19.50 | 58.50 |
| **Deductions** | **763.89** | **2,303.53** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***4168 | 100.20 |
| ALLY BANK | S | ***2386 | 1,903.83 |
| **Total Direct Deposits** | | | **2,004.03** |

| Time Off | Available | Used | Benefits | Amount | YTD |
|---|---|---|---|---|---|
| PAID TIME | 168.32 | 37.50 | Profit Sha | 174.89 | 544.42 |

paylocity

Fisher & Phillips | 1200 Abernathy Rd Ste 950 Atlanta, GA 30328 | (404) 231-1400

Case 1:20-bk-01663-HWV   Doc 44   Filed 07/10/24   Entered 07/10/24 10:22:25   Desc
Main Document    Page 7 of 16

| Fisher & Phillips | | | Direct Deposit Advice | | |
|---|---|---|---|---|---|
| 1200 Abernathy Rd | | | | | |
| Ste 950 | | | | | |
| Atlanta, GA 30328 | | | **Check Date** | | **Voucher Number** |
| | | | January 26, 2024 | | 746323 |

| | Direct Deposits | Type | Account | Amount |
|---|---|---|---|---|
| DIRECT DEPOSIT VOUCHER | ALLY BANK | C | ***4168 | 107.69 |
| | ALLY BANK | S | ***2386 | 2,046.03 |
| | **Total Direct Deposits** | | | **2,153.72** |

14049   BAL-99-CLER   150 746323 209840        M
**TaraJean Webb**
136 Colorado Avenue
Littlestown, PA  17340

## Non Negotiable - This is not a check - Non Negotiable

### Fisher & Phillips

**TaraJean Webb**                                              **Earnings Statement**

| Employee ID | 150 | Fed Taxable Income | 3,301.65 | Check Date | January 26, 2024 | Voucher Number | 746323 |
| Location | BAL-99-CLER | Fed Filing Status | S | Period Beginning | January 6, 2024 | Net Pay | 2,153.72 |
| Hourly | $45.62 | State Filing Status | S-0 | Period Ending | January 19, 2024 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| AD&D | | 0.00 | 0.67 | 1.34 |
| Employer C | | 0.00 | 643.63 | 1,287.26 |
| GROUP TE | | 0.00 | 5.79 | 11.58 |
| Holiday | 45.62 | 7.50 | 342.16 | 1,026.47 |
| Long Term | | 0.00 | 14.64 | 29.28 |
| PTO | 45.62 | 7.50 | 342.16 | 1,710.78 |
| Regular | 45.62 | 66.85 | 3,049.74 | 4,653.31 |
| **Gross Earnings** | | **81.85** | **3,755.16** | **7,432.76** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 411.28 | 806.01 |
| MED | 49.29 | 97.45 |
| PA | 104.62 | 206.86 |
| PA-010503 | 54.53 | 107.82 |
| SS | 210.74 | 416.67 |
| **Taxes** | **830.46** | **1,634.81** |

| Deductions | Amount | YTD |
|---|---|---|
| 401(k) % | 112.04 | 221.76 |
| 401(k) Loan | 15.29 | 30.58 |
| 401(k) Loan | 240.54 | 481.08 |
| AD&D | 0.67 | 1.34 |
| Dental (Pre-tax) | 60.99 | 121.98 |
| Group Term Life | 5.79 | 11.58 |
| HSA | 150.00 | 300.00 |
| Long Term Disability | 14.64 | 29.28 |
| Medical (Pre-tax) | 117.50 | 235.00 |
| Short Term Dis | 21.04 | 42.08 |
| Vision (Pre-tax) | 12.98 | 25.96 |
| Vol Life Ins-Emp | 19.50 | 39.00 |
| **Deductions** | **770.98** | **1,539.64** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***4168 | 107.69 |
| ALLY BANK | S | ***2386 | 2,046.03 |
| **Total Direct Deposits** | | | **2,153.72** |

| Time Off | Available | Used | Benefits | Amount | YTD |
|---|---|---|---|---|---|
| PAID TIME | 161.39 | 37.50 | Profit Sha | 186.70 | 369.53 |

Fisher & Phillips | 1200 Abernathy Rd Ste 950  Atlanta, GA 30328 | (404) 231-1400

**Fisher & Phillips**  
1200 Abernathy Rd  
Ste 950  
Atlanta, GA 30328

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | January 12, 2024 | 744814 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***4168 | 105.23 |
| ALLY BANK | S | ***2386 | 1,999.36 |
| **Total Direct Deposits** | | | **2,104.59** |

14049   BAL-99-CLER   150 744814 208577       M  
**TaraJean Webb**  
136 Colorado Avenue  
Littlestown, PA  17340

## Non Negotiable - This is not a check - Non Negotiable

### Fisher & Phillips

**TaraJean Webb**                                                                                              **Earnings Statement**

| Employee ID | 150 | Fed Taxable Income | 3,226.41 | Check Date | January 12, 2024 | Voucher Number | 744814 |
|---|---|---|---|---|---|---|---|
| Location | BAL-99-CLER | Fed Filing Status | S | Period Beginning | December 23, 2023 | Net Pay | 2,104.59 |
| Hourly | $45.62 | State Filing Status | S-0 | Period Ending | January 5, 2024 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| AD&D | | 0.00 | 0.67 | 0.67 |
| Employer C | | 0.00 | 643.63 | 643.63 |
| GROUP TE | | 0.00 | 5.79 | 5.79 |
| Holiday | 45.62 | 15.00 | 684.31 | 684.31 |
| Long Term | | 0.00 | 14.64 | 14.64 |
| PTO | 45.62 | 30.00 | 1,368.62 | 1,368.62 |
| Regular | 45.62 | 35.15 | 1,603.57 | 1,603.57 |
| **Gross Earnings** | | **80.15** | **3,677.60** | **3,677.60** |

| Deductions | Amount | YTD |
|---|---|---|
| 401(k) % | 109.72 | 109.72 |
| 401(k) Loan | 15.29 | 15.29 |
| 401(k) Loan | 240.54 | 240.54 |
| AD&D | 0.67 | 0.67 |
| Dental (Pre-tax) | 60.99 | 60.99 |
| Group Term Life | 5.79 | 5.79 |
| HSA | 150.00 | 150.00 |
| Long Term Disability | 14.64 | 14.64 |
| Medical (Pre-tax) | 117.50 | 117.50 |
| Short Term Dis | 21.04 | 21.04 |
| Vision (Pre-tax) | 12.98 | 12.98 |
| Vol Life Ins-Emp | 19.50 | 19.50 |
| **Deductions** | **768.66** | **768.66** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 394.73 | 394.73 |
| MED | 48.16 | 48.16 |
| PA | 102.24 | 102.24 |
| PA-010503 | 53.29 | 53.29 |
| SS | 205.93 | 205.93 |
| **Taxes** | **804.35** | **804.35** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***4168 | 105.23 |
| ALLY BANK | S | ***2386 | 1,999.36 |
| **Total Direct Deposits** | | | **2,104.59** |

| Time Off | Available | Used | Benefits | Amount | YTD |
|---|---|---|---|---|---|
| PAID TIME | 161.96 | 30.00 | Profit Sha | 182.83 | 182.83 |

Fisher & Phillips | 1200 Abernathy Rd Ste 950  Atlanta, GA 30328 | (404) 231-1400



Fisher & Phillips  
1200 Abernathy Rd  
Ste 950  
Atlanta, GA 30328

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| June 14, 2024 | 758287 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| The Bancorp Bank | C | ***0372 | 105.60 |
| The Bancorp Bank | S | ***3731 | 2,006.36 |
| **Total Direct Deposits** | | | **2,111.96** |

14049   BAL-99-CLER   150  758287  220075   M  
TaraJean Webb  
136 Colorado Avenue  
Littlestown, PA  17340

## Non Negotiable - This is not a check - Non Negotiable

### Fisher & Phillips

TaraJean Webb                                                                                      Earnings Statement

| Employee ID | 150 | Fed Taxable Income | 3,237.25 | Check Date | June 14, 2024 | Voucher Number | 758287 |
|---|---|---|---|---|---|---|---|
| Location | BAL-99-CLER | Fed Filing Status | S | Period Beginning | May 25, 2024 | Net Pay | 2,111.96 |
| Hourly | $45.62 | State Filing Status | S-0 | Period Ending | June 7, 2024 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| AD&D | | 0.00 | 0.67 | 7.37 |
| Employer C | | 0.00 | 643.63 | 7,079.93 |
| GROUP TE | | 0.00 | 5.79 | 63.69 |
| Holiday | 45.62 | 7.50 | 342.16 | 1,368.63 |
| Long Term | | 0.00 | 14.64 | 161.04 |
| Overtime | | | | 7,981.12 |
| PTO | | | | 2,164.71 |
| Regular | 45.62 | 71.20 | 3,248.19 | 40,075.53 |
| **Gross Earnings** | | **78.70** | **3,611.45** | **51,822.09** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 397.11 | 6,550.22 |
| MED | | | 48.29 | 696.79 |
| PA | | | 102.51 | 1,478.28 |
| PA-010503 | | | 53.43 | 770.47 |
| SS | | | 206.48 | 2,979.40 |
| **Taxes** | | | **807.82** | **12,475.16** |

| Deductions | Amount | YTD |
|---|---|---|
| 401(k) % | 107.73 | 1,547.93 |
| 401(k) Loan | 15.29 | 183.48 |
| 401(k) Loan | 240.54 | 2,886.48 |
| AD&D | 0.67 | 7.37 |
| Dental (Pre-tax) | 60.99 | 670.89 |
| Group Term Life | 5.79 | 63.69 |
| HSA | 75.00 | 1,500.00 |
| Long Term Disability | 14.64 | 161.04 |
| Medical (Pre-tax) | 117.50 | 1,292.50 |
| Short Term Dis | 21.04 | 231.44 |
| Vision (Pre-tax) | 12.98 | 142.78 |
| Vol Life Ins-Emp | 19.50 | 214.50 |
| **Deductions** | **691.67** | **8,902.10** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| The Bancorp Bank | C | ***0372 | 105.60 |
| The Bancorp Bank | S | ***3731 | 2,006.36 |
| **Total Direct Deposits** | | | **2,111.96** |

| Time Off | Available | Used | Benefits | Amount | YTD |
|---|---|---|---|---|---|
| PAID TIME | 220.74 | 47.45 | Profit Sha | 179.52 | 2,579.50 |

Fisher & Phillips | 1200 Abernathy Rd Ste 950  Atlanta, GA 30328 | (404) 231-1400

Fisher & Phillips  
1200 Abernathy Rd  
Ste 950  
Atlanta, GA 30328

Direct Deposit Advice

| | Check Date | | Voucher Number |
|---|---|---|---|
| | May 31, 2024 | | 756948 |

paylocity

**DIRECT DEPOSIT VOUCHER**

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| The Bancorp Bank | C | ***0372 | 127.02 |
| The Bancorp Bank | S | ***3731 | 2,413.42 |
| **Total Direct Deposits** | | | **2,540.44** |

14049 BAL-99-CLER 150 756948 218884 M

**TaraJean Webb**
136 Colorado Avenue
Littlestown, PA 17340

## Non Negotiable - This is not a check - Non Negotiable

### Fisher & Phillips

**TaraJean Webb**                                                                                           **Earnings Statement**

| Employee ID | 150 | Fed Taxable Income | 3,801.70 | Check Date | May 31, 2024 | Voucher Number | 756948 |
| Location | BAL-99-CLER | Fed Filing Status | S | Period Beginning | May 11, 2024 | Net Pay | 2,540.44 |
| Hourly | $45.62 | State Filing Status | S-0 | Period Ending | May 24, 2024 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| AD&D | | | | 6.70 |
| Employer C | | | | 6,436.30 |
| GROUP TE | | | | 57.90 |
| Holiday | | | | 1,026.47 |
| Long Term | | | | 146.40 |
| Overtime | 68.43 | 4.92 | 336.68 | 7,981.12 |
| PTO | 45.62 | 7.50 | 342.16 | 2,164.71 |
| Regular | 45.62 | 71.03 | 3,240.44 | 36,827.34 |
| **Gross Earnings** | | **83.45** | **3,919.28** | **48,210.64** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 522.57 | 6,153.11 |
| MED | | | 56.83 | 648.50 |
| PA | | | 120.32 | 1,375.77 |
| PA-010503 | | | 62.71 | 717.04 |
| SS | | | 243.00 | 2,772.92 |
| **Taxes** | | | **1,005.43** | **11,667.34** |

| Deductions | Amount | YTD |
|---|---|---|
| 401(k) % | 117.58 | 1,440.20 |
| 401(k) Loan | 15.29 | 168.19 |
| 401(k) Loan | 240.54 | 2,645.94 |
| AD&D | | 6.70 |
| Dental (Pre-tax) | | 609.90 |
| Group Term Life | | 57.90 |
| HSA | | 1,425.00 |
| Long Term Disability | | 146.40 |
| Medical (Pre-tax) | | 1,175.00 |
| Short Term Dis | | 210.40 |
| Vision (Pre-tax) | | 129.80 |
| Vol Life Ins-Emp | | 195.00 |
| **Deductions** | **373.41** | **8,210.43** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| The Bancorp Bank | C | ***0372 | 127.02 |
| The Bancorp Bank | S | ***3731 | 2,413.42 |
| **Total Direct Deposits** | | | **2,540.44** |

| Time Off | Available | Used | Benefits | Amount | YTD |
|---|---|---|---|---|---|
| PAID TIME | 213.81 | 47.45 | Profit Sha | 195.96 | 2,399.98 |

paylocity

Fisher & Phillips | 1200 Abernathy Rd Ste 950 Atlanta, GA 30328 | (404) 231-1400

Fisher & Phillips
1200 Abernathy Rd
Ste 950
Atlanta, GA 30328

paylocity

Direct Deposit Advice

**Check Date** May 17, 2024   **Voucher Number** 756415

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***4168 | 119.11 |
| ALLY BANK | S | ***2386 | 2,263.16 |
| **Total Direct Deposits** | | | **2,382.27** |

14049  BAL-99-CLER  150  756415  218434  M
**TaraJean Webb**
136 Colorado Avenue
Littlestown, PA 17340

## Non Negotiable - This is not a check - Non Negotiable

### Fisher & Phillips

**TaraJean Webb**                                                               **Earnings Statement**

| Employee ID | 150 | Fed Taxable Income | 3,651.23 | Check Date | May 17, 2024 | Voucher Number | 756415 |
| Location | BAL-99-CLER | Fed Filing Status | S | Period Beginning | April 27, 2024 | Net Pay | 2,382.27 |
| Hourly | $45.62 | State Filing Status | S-0 | Period Ending | May 10, 2024 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| AD&D | | 0.00 | 0.67 | 6.70 |
| Employer C | | 0.00 | 643.63 | 6,436.30 |
| GROUP TE | | 0.00 | 5.79 | 57.90 |
| Holiday | | | | 1,026.47 |
| Long Term | | 0.00 | 14.64 | 146.40 |
| Overtime | 68.43 | 5.37 | 367.47 | 7,644.44 |
| PTO | | | | 1,822.55 |
| Regular | 45.62 | 80.00 | 3,649.66 | 33,586.90 |
| **Gross Earnings** | | **85.37** | **4,038.23** | **44,291.36** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 488.19 | 5,630.54 |
| MED | 54.48 | 591.67 |
| PA | 115.62 | 1,255.45 |
| PA-010503 | 60.26 | 654.33 |
| SS | 232.94 | 2,529.92 |
| **Taxes** | **951.49** | **10,661.91** |

| Deductions | Amount | YTD |
|---|---|---|
| 401(k) % | 120.53 | 1,322.62 |
| 401(k) Loan | 15.29 | 152.90 |
| 401(k) Loan | 240.54 | 2,405.40 |
| AD&D | 0.67 | 6.70 |
| Dental (Pre-tax) | 60.99 | 609.90 |
| Group Term Life | 5.79 | 57.90 |
| HSA | 75.00 | 1,425.00 |
| Long Term Disability | 14.64 | 146.40 |
| Medical (Pre-tax) | 117.50 | 1,175.00 |
| Short Term Dis | 21.04 | 210.40 |
| Vision (Pre-tax) | 12.98 | 129.80 |
| Vol Life Ins-Emp | 19.50 | 195.00 |
| **Deductions** | **704.47** | **7,837.02** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***4168 | 119.11 |
| ALLY BANK | S | ***2386 | 2,263.16 |
| **Total Direct Deposits** | | | **2,382.27** |

| Time Off | Available | Used | Benefits | Amount | YTD |
|---|---|---|---|---|---|
| PAID TIME | 214.38 | 39.95 | Profit Sha | 200.86 | 2,204.02 |

Fisher & Phillips  
1200 Abernathy Rd  
Ste 950  
Atlanta, GA 30328

Direct Deposit Advice

**Check Date**  
May 3, 2024

**Voucher Number**  
755101

paylocity

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***4168 | 110.28 |
| ALLY BANK | S | ***2386 | 2,095.30 |
| **Total Direct Deposits** | | | **2,205.58** |

14049  BAL-99-CLER  150  755101  217278  M  
TaraJean Webb  
136 Colorado Avenue  
Littlestown, PA  17340

## Non Negotiable - This is not a check - Non Negotiable

### Fisher & Phillips

**TaraJean Webb**

Earnings Statement

| Employee ID | 150 | Fed Taxable Income | 3,381.08 | Check Date | May 3, 2024 | Voucher Number | 755101 |
|---|---|---|---|---|---|---|---|
| Location | BAL-99-CLER | Fed Filing Status | S | Period Beginning | April 13, 2024 | Net Pay | 2,205.58 |
| Hourly | $45.62 | State Filing Status | S-0 | Period Ending | April 26, 2024 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| AD&D | | 0.00 | 0.67 | 6.03 |
| Employer C | | 0.00 | 643.63 | 5,792.67 |
| GROUP TE | | 0.00 | 5.79 | 52.11 |
| Holiday | | | | 1,026.47 |
| Long Term | | 0.00 | 14.64 | 131.76 |
| Overtime | 68.43 | 2.43 | 166.29 | 7,276.97 |
| PTO | | | | 1,822.55 |
| Regular | 45.62 | 80.00 | 3,649.66 | 29,937.24 |
| **Gross Earnings** | | **82.43** | **3,837.05** | **40,253.13** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 428.76 | 5,142.35 |
| MED | 50.47 | 537.19 |
| PA | 107.14 | 1,139.83 |
| PA-010503 | 55.84 | 594.07 |
| SS | 215.82 | 2,296.98 |
| **Taxes** | **858.03** | **9,710.42** |

| Deductions | Amount | YTD |
|---|---|---|
| 401(k) % | 114.50 | 1,202.09 |
| 401(k) Loan | 15.29 | 137.61 |
| 401(k) Loan | 240.54 | 2,164.86 |
| AD&D | 0.67 | 6.03 |
| Dental (Pre-tax) | 60.99 | 548.91 |
| Group Term Life | 5.79 | 52.11 |
| HSA | 150.00 | 1,350.00 |
| Long Term Disability | 14.64 | 131.76 |
| Medical (Pre-tax) | 117.50 | 1,057.50 |
| Short Term Dis | 21.04 | 189.36 |
| Vision (Pre-tax) | 12.98 | 116.82 |
| Vol Life Ins-Emp | 19.50 | 175.50 |
| **Deductions** | **773.44** | **7,132.55** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***4168 | 110.28 |
| ALLY BANK | S | ***2386 | 2,095.30 |
| **Total Direct Deposits** | | | **2,205.58** |

| Time Off | Available | Used | Benefits | Amount | YTD |
|---|---|---|---|---|---|
| PAID TIME | 207.45 | 39.95 | Profit Sha | 190.80 | 2,003.16 |

Fisher & Phillips | 1200 Abernathy Rd Ste 950  Atlanta, GA 30328 | (404) 231-1400

Fisher & Phillips  
1200 Abernathy Rd  
Ste 950  
Atlanta, GA 30328

Direct Deposit Advice

 paylocity

**Check Date** April 19, 2024

**Voucher Number** 753954

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***4168 | 185.07 |
| ALLY BANK | S | ***2386 | 3,516.35 |
| **Total Direct Deposits** | | | **3,701.42** |

14049  BAL-99-CLER  150 753954 216298  M  
**TaraJean Webb**  
136 Colorado Avenue  
Littlestown, PA 17340

## Non Negotiable - This is not a check - Non Negotiable

### Fisher & Phillips

**TaraJean Webb**  

**Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 150 | Fed Taxable Income | 5,710.95 | Check Date | April 19, 2024 |
| Location | BAL-99-CLER | Fed Filing Status | S | Period Beginning | March 30, 2024 |
| Hourly | $45.62 | State Filing Status | S-0 | Period Ending | April 12, 2024 |

Voucher Number 753954  
Net Pay 3,701.42

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| AD&D | | 0.00 | 0.67 | 5.36 |
| Employer C | | 0.00 | 643.63 | 5,149.04 |
| GROUP TE | | 0.00 | 5.79 | 46.32 |
| Holiday | | | | 1,026.47 |
| Long Term | | 0.00 | 14.64 | 117.12 |
| Overtime | 68.43 | 37.53 | 2,568.22 | 7,110.68 |
| PTO | | | | 1,822.55 |
| Regular | 45.62 | 80.00 | 3,649.66 | 26,287.58 |
| **Gross Earnings** | | **117.53** | **6,238.98** | **36,416.08** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| FITW | | 966.87 | 4,713.59 |
| MED | | 85.30 | 486.72 |
| PA | | 180.88 | 1,032.69 |
| PA-010503 | | 94.27 | 538.23 |
| SS | | 364.74 | 2,081.16 |
| **Taxes** | | **1,692.06** | **8,852.39** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***4168 | 185.07 |
| ALLY BANK | S | ***2386 | 3,516.35 |
| **Total Direct Deposits** | | | **3,701.42** |

| Time Off | Available | Used |
|---|---|---|
| PAID TIME | 200.52 | 39.95 |

| Deductions | Amount | YTD |
|---|---|---|
| 401(k) % | 186.56 | 1,087.59 |
| 401(k) Loan | 15.29 | 122.32 |
| 401(k) Loan | 240.54 | 1,924.32 |
| AD&D | 0.67 | 5.36 |
| Dental (Pre-tax) | 60.99 | 487.92 |
| Group Term Life | 5.79 | 46.32 |
| HSA | 150.00 | 1,200.00 |
| Long Term Disability | 14.64 | 117.12 |
| Medical (Pre-tax) | 117.50 | 940.00 |
| Short Term Dis | 21.04 | 168.32 |
| Vision (Pre-tax) | 12.98 | 103.84 |
| Vol Life Ins-Emp | 19.50 | 156.00 |
| **Deductions** | **845.50** | **6,359.11** |

| Benefits | Amount | YTD |
|---|---|---|
| Profit Sha | 310.89 | 1,812.36 |

Fisher & Phillips | 1200 Abernathy Rd Ste 950 Atlanta, GA 30328 | (404) 231-1400

# Fisher & Phillips
1200 Abernathy Rd
Ste 950
Atlanta, GA 30328

Direct Deposit Advice

**Check Date**
April 5, 2024

**Voucher Number**
752629

paylocity

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***4168 | 203.87 |
| ALLY BANK | S | ***2386 | 3,873.61 |
| **Total Direct Deposits** | | | **4,077.48** |

14049 BAL-99-CLER 150 752629 215159 M
**TaraJean Webb**
136 Colorado Avenue
Littlestown, PA 17340

## Non Negotiable - This is not a check - Non Negotiable

### Fisher & Phillips

**TaraJean Webb**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 150 | Fed Taxable Income | 6,305.04 | Check Date | April 5, 2024 |
| Location | BAL-99-CLER | Fed Filing Status | S | Period Beginning | March 16, 2024 |
| Hourly | $45.62 | State Filing Status | S-0 | Period Ending | March 29, 2024 |

**Earnings Statement**

Voucher Number 752629
Net Pay 4,077.48

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| AD&D | | 0.00 | 0.67 | 4.69 |
| Employer C | | 0.00 | 643.63 | 4,505.41 |
| GROUP TE | | 0.00 | 5.79 | 40.53 |
| Holiday | | | | 1,026.47 |
| Long Term | | 0.00 | 14.64 | 102.48 |
| Overtime | 68.43 | 46.48 | 3,180.68 | 4,542.46 |
| PTO | | | | 1,822.55 |
| Regular | 45.62 | 80.00 | 3,649.66 | 22,637.92 |
| **Gross Earnings** | | **126.48** | **6,851.44** | **30,177.10** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 1,109.45 | 3,746.72 |
| MED | 94.18 | 401.42 |
| PA | 199.68 | 851.81 |
| PA-010503 | 104.07 | 443.96 |
| SS | 402.71 | 1,716.42 |
| **Taxes** | **1,910.09** | **7,160.33** |

| Deductions | Amount | YTD |
|---|---|---|
| 401(k) % | 204.93 | 901.03 |
| 401(k) Loan | 15.29 | 107.03 |
| 401(k) Loan | 240.54 | 1,683.78 |
| AD&D | 0.67 | 4.69 |
| Dental (Pre-tax) | 60.99 | 426.93 |
| Group Term Life | 5.79 | 40.53 |
| HSA | 150.00 | 1,050.00 |
| Long Term Disability | 14.64 | 102.48 |
| Medical (Pre-tax) | 117.50 | 822.50 |
| Short Term Dis | 21.04 | 147.28 |
| Vision (Pre-tax) | 12.98 | 90.86 |
| Vol Life Ins-Emp | 19.50 | 136.50 |
| **Deductions** | **863.87** | **5,513.61** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ALLY BANK | C | ***4168 | 203.87 |
| ALLY BANK | S | ***2386 | 3,873.61 |
| **Total Direct Deposits** | | | **4,077.48** |

| Time Off | Available | Used | Benefits | Amount | YTD |
|---|---|---|---|---|---|
| PAID TIME | 193.59 | 39.95 | Profit Sha | 341.52 | 1,501.47 |

Fisher & Phillips | 1200 Abernathy Rd Ste 950 Atlanta, GA 30328 | (404) 231-1400

# Builders Association of Adams County

## Expenses by Vendor Summary
### January 1 - June 20, 2024

*Handwritten note: 1099 Pay estimated taxes etc.*

|  | TOTAL |
|---|---|
| TaraJean Webb | 2,403.23 |
| **TOTAL** | **$2,403.23** |